# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | | |
|---|---|---|
| United States of America<br>v.<br><br>LAURA ALESHIA JAMES,<br>a.k.a. "Laura Baker"<br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 3:20-CR-87 |

RECEIVED BY: *[signature]*
DATE: 12/2/20   TIME: 2:30 p
U.S. MARSHAL  E/TN
KNOXVILLE, TN

**FILED**
APR 19 2021
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* LAURA ALESHIA JAMES, a.k.a. "Laura Baker",
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☑ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
  Conspiracy to distribute and possess with intent to distribute 50 grams or more of methamphetamine (actual), in violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(A).

Date: 12/1/2020

City and state: KNOXVILLE, TN

*[signature]*
*Issuing officer's signature*
JOHN L. MEDEARIS, CLERK
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 04-07-2021, and the person was arrested on *(date)* 04-07-2021
at *(city and state)* MAYNARDVILLE TENNESSEE.

Date: 04-07-2021

TFO *[signature]* Brandon Smith
*Arresting officer's signature*

BRANDON SMITH TFO FBI/HIDTA
*Printed name and title*

FID: 5551599
USM: 658-00-065
2174-1202-0373-J